GO11 - 3(b)/ / BS    /76

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE: Zantreece Le'Mon Mcferguson     CASE NO: 4:14-bk-14463 J
                                                          Chapter 13

## CHAPTER 13 ORDER WITHDRAWING
## TRUSTEE'S MOTION TO DISMISS UPON CONDITIONS

Before the court is the Motion to Dismiss, Docket Entry [33], filed by the Trustee on 08/15/2019 for the reason that the debtor's plan cannot be completed within a period of sixty months. The motion was set for hearing on 06/23/2020. Prior to the hearing, the motion was settled, and a hearing was not necessary. The court finds that the Trustee's motion is withdrawn conditioned upon:

**The Debtor shall, on or before 7/25/20 pay a sufficient sum to the Trustee's office to allow the case to be COMPLETED AND CLOSED.**

IT IS ORDERED that the Trustee's Motion to Dismiss is hereby withdrawn conditioned upon the debtor complying with the above provision(s). If the debtor fails to comply with the provision(s), the Trustee's Motion to Dismiss shall be granted and the case dismissed without further notice or hearing.

Date: 06/25/2020

/s/ Phyllis M. Jones
Phyllis M. Jones
U.S. Bankruptcy Judge

cc: Mark T. McCarty, Trustee

Kent Pray    (Noticed by ECF)
P O Box 94224
North Little Rock, AR  72190

Zantreece Le'Mon Mcferguson
2519 South Arch Street
Little Rock, AR  72206